IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE FRANCISCO SANTA ROSADO
JANIRA VELAZQUEZ LOZADA

DEBTORS

CASE NO. 15-01092-ESL

CHAPTER 13

**DEBTORS' MOTION AND NOTICE OF FILING OF POST-CONFIRMATION
MODIFICATION OF CHAPTER 13 PLAN 11 USC §1329**

TO THE HONORABLE COURT:

**NOW COMES, JOSE FRANCISCO SANTA ROSADO** and **JANIRA VELAZQUEZ LOZADA**, through the undersigned attorney, and very respectfully state and pray as follows:

1. The debtors are hereby submitting a post-confirmation modification of Chapter 13 Plan, 11 USC Section 1329, dated June 1, 2016, herewith and attached to this motion.

2. This Plan modification is filed to cure the Plan arrears owed to the Trustee and increase the Plan's base in order to comply with the distribution of the Plan.

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 3015(f)(2)(b)**

**Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY**, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular mail to the debtors and to all creditors and interested parties appearing in the master address list, hereby attached.

Page 2
Case no. 15-01092-ESL13
Post confirmation modification of chapter 13 Plan

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 1st day of June, 2016.

/s/ *Roberto A. Figueroa Colón*
ROBERTO A. FIGUEROA COLON
USDC #300105
ATTORNEY FOR PETITIONERS

FIGUEROA & SERRANO, PSC
PO BOX 1635
GUAYNABO PR 00970-1635
TEL NO. (787) 744-7699
EMAIL: rfigueroa@fslawpr.com

United States Bankruptcy Court
District of Puerto Rico

IN RE:                                                                                  Case No. **3:15-bk-1092**

**SANTA ROSADO, JOSE FRANCISCO & VELAZQUEZ LOZADA, JANIRA**     Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☒ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **6/01/2016**                                     ☐ AMENDED PLAN DATED: _____
☐ PRE ☒ POST-CONFIRMATION                      Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$    100.00 x   8  = $    800.00
$    190.00 x   4  = $    760.00
$      0.00 x   3  = $      0.00
$    207.00 x  45 = $  9,315.00
$          x      = $

TOTAL: $   **10,875.00**

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $_____

PROPOSED BASE: $   **10,875.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $   **2,888.00**

Signed: ___[signature]___
      Debtor

___[signature]___
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☒ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☒ Trustee pays secured ARREARS:
Cr. **Banco Popular De Pr**   Cr. **Banco Popular de Pr**   Cr. _____
# **x4659 Post-petition**   # **Claim 2-1**   # _____
$   **1,516.68**   $   **4,622.02**   $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☒ Debtor otherwise maintains regular payments directly to:
    **Banco Popular de Pr**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☒ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
             ☐ Paid 100% / ☐ Other: _____
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
* Additional Attorney's Fees: $150.00 payment for the services rendered in connection to debtor(s)' post confirmation plan and related procedures for approval, pursuant to R. 2016 (f)(3).
* Additional Attorney's Fees: $350.00 payment for the services rendered in connection to debtor(s)' confirmed post confirmation plan (docket #41) and related procedures for approval, pursuant to R. 2016 (f) (3).
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."
* Mueblerias Berrios loan is under a third party, loan is secured with debtors' furniture, the debtors will make direct payments to M Berrios, loan matures at month nine (8) of the proposed Plan.

Attorney for Debtor **Figueroa & Serrano, PSC**                 Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 15-01092-ESL13<br>District of Puerto Rico<br>Old San Juan<br>Wed Jun  1 16:39:22 AST 2016 | BANCO POPULAR DE PUERTO RICO<br>C/O SERGIO A. RAMIREZ DE ARELLANO LAW OF<br>BANCO POPULAR CENTER, SUITE 1022<br>209 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918-1000 | BANCO POPULAR PR<br>FORTUNO & RIVERA FONT LLC<br>PO BOX 13786<br>SAN JUAN, PR 00908-3786 |
| Toyota Motor Credit Corporation<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | AT&T Mobility Puerto Rico, Inc<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 |
| Att Services<br>PO Box 192830<br>San Juan, PR 00919-2830 | BANCO POPULAR DE PUERTO RICO<br>MORTGAGE SERVICING DEPARTMENT<br>PO BOX 362708 SAN JUAN, PR 00936-2708 | BANCO POPULAR DE PUETO RICO<br>MORTGAGE SERVICING DEPARTMENT<br>PO BOX 362708 SAN JUAN, PR 00936-2708 |
| Banco Popular de Puerto RIco<br>PO Box 366818<br>San Juan, PR  00936-6818 | Banco Popular de Puerto Rico<br>PO Box 362708<br>San Juan PR 00936-2708 | Claro<br>PO Box 360998<br>San Juan, PR 00936-0998 |
| Depto De Transportacion Y Obras Publicas<br>PO Box 41269<br>San Juan, PR  00940-1269 | FIRST BANK<br>CONSUMER SERVICE CENTER<br>BANKRUPTCY DIVISION (CODE 248)<br>PO BOX 9146<br>SAN JUAN PR 00908-0146 | First Bank Of PR<br>PO Box 9146<br>San Juan, PR  00908-0146 |
| PR Telephone<br>PO Box 70239<br>San Juan, PR 00936-8239 | Premier Bankcard, Lllc<br>c o Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Synchrony Bank<br>c/o of Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| U S Department of Education<br>P O Box 16448<br>St. Paul, MN 55116-0448 | JANIRA VELAZQUEZ LOZADA<br>URB HACIENDA DE TENA<br>BOX 211<br>JUNCOS, PR 00777-0211 | JOSE FRANCISCO SANTA ROSADO<br>URB HACIENDA DE TENA<br>BOX 211<br>JUNCOS, PR 00777-0211 |
| JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901 | |
| ROBERTO ARISTIDES FIGUEROA-COLON<br>FIGUEROA & SERRANO, PSC<br>PO BOX 1635<br>GUAYNABO, PR 00970-1635 | End of Label Matrix<br>Mailable recipients    24<br>Bypassed recipients     0<br>Total                  24 | |