IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>**JOSE FRANCISCO SANTA ROSADO;**<br>**JANIRA VELAZQUEZ LOZADA**<br><br>**DEBTORS** | CASE NO. 15-01092 (ESL)<br><br><br>Chapter 13 |
| **BANCO POPULAR DE PUERTO RICO**<br><br>**MOVANT**<br><br>VS.<br><br>**JOSE FRANCISCO SANTA ROSADO;**<br>**JANIRA VELAZQUEZ LOZADA;**<br>**JOSE RAMON CARRION MORALES,**<br>**CHAPTER 13 TRUSTEE**<br><br>**RESPONDENTS** | INDEX<br><br><br><br>☒ of acts against property under §362(d)(1) "CAUSE" |

## MOTION FOR RELIEF FROM STAY

TO THE HONORABLE COURT:

COMES NOW BANCO POPULAR DE PUERTO RICO, ("Banco Popular"), through its undersigned counsel, and very respectfully alleges, states and prays:

1. Jurisdiction is granted by 28 U.S.C. §1334 and by 28 U.S.C. §157, and this is an action pursuant to 11 U.S.C. §362 (d)(1).

2. On February 18, 2015, Debtors filed a petition for relief under Chapter 13 of the Bankruptcy Code.

3. Banco Popular is the holder in due course of a Mortgage Note in the principal sum of $58,000.00 bearing interest at 7.00% per annum, due on May, 2035.

4. On March 18, 2015, Banco Popular filed a secured claim, with a proof of lien, in the amount of $64,310.51 for loan number 4659, with pre-petition arrears of $4,622.02, encumbering Debtor(s)' residence located at C-6 Haciendas de Tena, in Juncos, Puerto Rico.

5. Since the filing date, Debtor's account has accumulated post-petition arrears of $1,995.47 including late charges and legal fees and costs of this index., as stated in the attached verified statement entitling this Honorable Court to grant Banco Popular relief from the automatic stay, pursuant to 11 U.S.C. §362 (d)(1).

6. Respondent is the duly-appointed Chapter 13 trustee.

7. As shown from the attached certification(s), Debtor(s) is/are not eligible for the protections of the Servicemen's Civil Relief Act of 2003.

**WHEREFORE,** it is respectfully requested that this Honorable Court enter an order granting Banco Popular relief from the automatic stay.

**WE HEREBY CERTIFY** that a copy of the *Motion for Relief from Stay* was electronically filed by Movant, using the CM/ECF System, which will send a notification to the Chapter 13 Trustee and to the debtor(s)' attorney. In addition, a copy of the *Motion for Relief from Stay* was sent by Movant, to the debtor(s)' address of record.

In San Juan, Puerto Rico on the 11th day of November, 2016.

SARLAW LLC
Attorneys for Banco Popular
Banco Popular Center
10th Floor, Suite 1022
209 Muñoz Rivera Avenue
San Juan, PR 00918-1009
Tels: (787) 765-2988
Fax No. (787) 765-2973
sramirez@sarlaw.com


*/S/ Sergio A. Ramirez de Arellano*
USDC PR 126804

## STATEMENT OF ACCOUNT

| DEBTOR: | JOSE F SANTA ROSADO | BPPR NUM: | XXXXXX4659 |
|---|---|---|---|
| BANKRUPTCY NUM: | 15-01092ESL | FILING DATE: | 02/18/15 |

### SECURED LIEN ON REAL PROPERTY

| | | | | | | |
|---|---|---|---|---|---|---|
| Principal Balance as of | | 09/01/15 | | | | 59,108.45 |
| Accrued Interest from | | 08/01/15 to | 11/30/16 | | | 2,949.27 |
| Interest: | 3.750% | Accrued num. of days: | 479 | Per Diem: | 6.157130 | |

**Monthly payment to escrow**

| | | | | | | |
|---|---|---|---|---|---|---|
| Hazard | $0.00 | Taxes | $0.00 | MIP | $0.00 | |
| A&H | $0.00 | Life | $0.00 | | | |
| Total montly escrow | | | $0.00 | Months in arrears  15 | Escrow in arrears | 0.00 |
| | | | | | Accrued Late Charge: | 178.80 |

**Advances Under Loan Contract:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Title Search | $45.00 | Tax Certificate | $0.00 | Inspection | $0.00 | 115.00 |
| Other | $70.00 | | | | | |
| Legal Fees: | | | | | | 2,365.42 |
| Total amount owed as of | | 11/30/16 | | | | 64,716.94 |

### AMOUNT IN ARREARS

**PRE-PETTITION AMOUNT:**

| | | | | | |
|---|---|---|---|---|---|
| 12 | payments of | $298.00 | each one | | 3,576.00 |
| | acummulated lated charges | | | | 107.28 |

**Advances Under Loan Contract:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Title Search | $45.00 | Tax Certificate | $0.00 | Inspection | $0.00 | 115.00 |
| Other | $70.00 | | | | | |
| Legal Fees | | | | | | 2,365.42 |
| | | | | A = TOTAL PRE-PETITION AMOUNT | | 6,163.70 |

**POST-PETTITION AMOUNT:**

| | | | | | |
|---|---|---|---|---|---|
| 3 | payments of | $298.00 | each one | | 894.00 |
| | Late Charge | | | | 71.52 |
| | BKT Fees | | | | 1,026.00 |
| | | | B = TOTAL POST-PETITION AMOUNT | | 1,991.52 |
| | | | A + B = TOTAL AMOUNT IN ARREARS | | 8,155.22 |

### OTHER INFORMATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Next pymt due | | 09/01/15 | Interest rate | 3.750% | P & I | $283.92 | Monthly late charge $11.92 |
| Investor | BANCO POPULAR DE PUERTO RICO | | Property address | C-6 HACIENDAS DE TENAS JUNCOS PR 00777 | | | |

The subscribing representative of Banco Popular de Puerto Rico declares under penalty of perjury that according to the information gathered by Banco Popular de Puerto Rico the foregoing is true and correct.

BANCO POPULAR DE PUERTO RICO

11/10/16
DATE

SACCTFHA    Gerardo Caceres

FHA CASE NO. 501- 5461074-703

--------------MORTGAGE NOTE--------------
--------------PAGARE HIPOTECARIO--------------

US $ 59,969.00                                    FEBRUARY 26, 1998

1. "Borrower" means each person signing at the end of this Note, and the
1. "Deudor Hipotecario" significa cada persona que firma al final de este Pagaré y sus

person's successors and assigns. "Lender" means ——————————————————
sucesores y cesionarios. "Acreedor Hipotecario" significa ——————————————
R&G MORTGAGE CORPORATION——————————————————————————
R&G MORTGAGE CORPORATION——————————————————————————

and its successors and assigns.----------------------------------------
y sus sucesores y cesionarios.-----------------------------------------

2. In return for a loan received from Lender, Borrower promises to pay
2. A cambio de un préstamo recibido del Acreedor Hipotecario, el Deudor Hipotecario se

the principal sum of FIFTY NINE THOUSANDS NINE HUNDRED SIXTY-NINE——————
obliga a pagar la cantidad principal de CINCUENTA Y NUEVE MIL NOVECIENTOS SESENTA Y NUEVE——

Dollars (U.S.$ 59,969.00————————), plus interest, to the order of the
                                Dólares (U.S.$59,969.00—), más intereses, a la orden

Lender. Interest will be charged on unpaid principal, from the date of
del Acreedor Hipotecario. Se cargará intereses sobre el principal adeudado, desde la fecha

disbursement of the loan proceeds by Lender, at the rate of SEVEN————
en que el Acreedor Hipotecario desembolse el producto del préstamo a razón de SIETE————

———— per cent (7——— %) per year until the full amount of principal
———— por ciento (7——— %) anual hasta que el principal haya sido totalmente

has been paid.---------------------------------------------------------
pagado.----------------------------------------------------------------

3. Borrower's promise to pay is secured by a mortgage that is dated the
3. La obligación de pagar del Deudor Hipotecario está garantizada por una hipoteca, otor-

same date as this Note and called the "Security Instrument". The Security
gada en la misma fecha de este Pagaré, denominada "Hipoteca". La Hipoteca protege al Acree-

Instrument protects the Lender from losses which might result if Borrower
dor Hipotecario de pérdidas que podrían resultar si el Deudor Hipotecario incumpliera con los

defaults under this Note.----------------------------------------------
términos de este Pagaré.-----------------------------------------------

4. (A) Borrower shall make a payment of principal and interest to Lender
4. (A) El Deudor Hipotecario hará un pago de principal más intereses, al Acreedor Hipo-

on the first day of each month beginning on - - APRIL - - - - -, 19 98 . Any
tecario el primer día de cada mes, comenzando en - - -ABRIL de 19 98- . Cualquier prin-

principal and interest remaining on the first day of _ MARCH- , 20 28 , will
cipal más intereses adeudados al día primero de_ _ _ MARZO— - del 20 28 , vencerá en esa

be due on that date, which is called the maturity date.---------------
misma fecha que es denominada la fecha de vencimiento.----------------

(B) Payment shall be made at the address notified to Borrower at
(B) El pago será efectuado en la dirección notificada al Deudor Hipotecario en el

closing or at such place as Lender may designate in writing by notice to
cierre o en cualquier otro lugar que el Acreedor Hipotecario designe por escrito con notifi-

Borrower.--------------------------------------------------------------
cación al Deudor Hipotecario.-----------------------------------------

(C) Each monthly payment of principal and interest will be in the
(C) Cada pago mensual de principal más intereses será por la cantidad de ————

amount of THREE HUNDRED NINETY-EIGHT DOLLARS AND NINETY-SEVEN CENTS——— (U.S.$ 398.97——— ).
TRESCIENTOS NOVENTA Y OCHO DOLARES CON NOVENTA Y SIETE CENTAVOS——————— (U.S.$ 398.97——— ).

Page 1 of 4        PR Form Rev August 1996


PAGARE
CLE-P08

This amount is part of a larger monthly payment required by the Security Instrument, that shall be applied to principal, interest and other items in the order described in the Security Instrument.

Esta cantidad es parte de un pago mensual mayor, requerido por la Hipoteca que será aplicado al principal, intereses y a otros conceptos en el orden descrito en la Hipoteca.

5. Borrower has the right to pay the debt evidenced by this Note, in whole or in part, without charge or penalty, on the first day of any month. Lender shall accept prepayment on other days provided that Borrower pays interest on the amount prepaid for the remainder of the month to the extent required by Lender and permitted by regulations of the Secretary. If Borrower makes a partial prepayment, there will be no changes in the due date or in the amount of monthly payment unless Lender agrees in writing to those changes.

5. El Deudor Hipotecario tiene el derecho de pagar la deuda evidenciada por este Pagaré, total o parcialmente, sin recargo ni penalidad, el primer día de cualquier mes. El Acreedor Hipotecario aceptará el prepago cualquier otro día siempre que el Deudor Hipotecario pague intereses en la cantidad prepagada por el resto del mes requerido por el Acreedor Hipotecario y permitido por la reglamentación del Secretario. Si el Deudor Hipotecario hace prepagos parciales, no habrá cambios en la fecha de vencimiento o la cantidad de pago mensual a menos que el Acreedor Hipotecario acepte los cambios por escrito.

6. (A) If Lender has not received the full monthly payment required by the Security Instrument, as described in Paragraph 4(C) of this Note, by the end of fifteen (15) calendar days after the payment is due, Lender may collect a late charge in the amount of four percent (4.00%) of the overdue amount of each payment.

6. (A) Si el Acreedor Hipotecario no hubiere recibido el pago total mensual requerido por la Hipoteca, tal como se describe en el párrafo 4(c) de este Pagaré, al cabo de quince (15) días calendarios después del vencimiento del pago, el Acreedor Hipotecario podrá cobrar un recargo por demora en la cantidad de un cuatro por ciento (4.00%) de la suma atrasada de cada pago.

(B) If Borrower defaults by failing to pay in full any monthly payment, then Lender may, except as limited by regulations of the Secretary in the case of payment defaults, require immediate payment in full of the principal balance remaining due and all accrued interest. Lender may choose not to exercise this option without waiving its rights in the event of any subsequent default. In many circumstances regulations issued by the Secretary will limit Lender's rights to require immediate payment in full in the case of payment defaults. This Note does not authorize acceleration when not permitted by HUD regulations. As used in this Note, "Secretary" means the Secretary of Housing and Urban Development or his or her designee.

(B) Si el Deudor Hipotecario incumpliere por no efectuar el pago completo de cualquier pago mensual, entonces, el Acreedor Hipotecario podrá, sujeto a las limitaciones reglamentarias del Secretario para el caso de incumplimiento por falta de pago, exigir el pago total inmediato del saldo impagado del principal y de todos los intereses acumulados. El Acreedor Hipotecario podrá elegir no ejercitar esta opción sin renunciar a sus derechos en caso de cualquier incumplimiento subsiguiente. En muchas circunstancias las reglamentaciones emitidas por el Secretario limitan los derechos del Acreedor Hipotecario para exigir el pago total inmediato por incumplimiento en el pago de plazos vencidos. Este Pagaré no autoriza la aceleración de su vencimiento cuando los reglamentos de HUD no lo permitan. Tal como se usa en este Pagaré, la palabra "Secretario" significa el Secretario del Departamento de Desarrollo Urbano y Vivienda de los Estados Unidos de América o su representante.

(C) Si el Acreedor Hipotecario ha exigido el pago total inmediato, según se describe
above, Lender may require Borrower to pay costs and expenses including reaanteriormente, podrá requerirle al Deudor Hipotecario que pague costas y gastos, incluyendo
sonable and customary attorney's fees for enforcing this Note to the extent
honorarios de abogado, razonables y acostumbrados, hasta el máximo por la ley aplicable para
not prohibited by applicable law. Such fees and costs shall bear interest
exigir el cumplimiento de este Pagaré. Dichos honorarios, costas y gastos devengarán
from the date of disbursement at the same rate as the principal of this
intereses, desde el día de su desembolso, al mismo tipo que el principal de este Pagaré.
Note.

7. Borrower and any other person who has obligations under this Note
7. El Deudor Hipotecario y cualquier otra persona que esté obligada bajo este Pagaré,
waive the rights of presentment and notice of dishonor. "Presentment"
renuncian a los derechos de presentación y aviso de rechazo. "Presentación" significa el
means the right to require Lender to demand payment of amounts due.
derecho de requerirle al Acreedor Hipotecario que demande el pago de las cantidades vencidas.
"Notice of Dishonor" means the right to require Lender to give notice to
"Aviso de Rechazo" significa el derecho de requerirle al Acreedor Hipotecario notificar a
other persons that amounts due have not been paid.
otras personas que las cantidades vencidas no han sido pagadas.

8. Unless applicable law requires a different method, any notice that
8. Salvo que el Derecho aplicable requiera un método distinto, cualquier notificación que
must be given to Borrower under this Note will be given by delivering it or
deba hacerse al Deudor Hipotecario bajo este Pagaré se hará mediante entrega o por correo de
by mailing it by first class mail to Borrower at the Property address below
primera clase, dirigida al Deudor Hipotecario, a la dirección de la Propiedad abajo indicada
or at a different address if Borrower has given Lender a notice of Borrowo a una dirección diferente, si el Deudor Hipotecario le ha notificado al Acreedor Hipotecaer's different address.
rio de una dirección diferente.

Any notice that must be given to Lender under this Note will be given
Cualquier notificación que se deba hacer al Acreedor Hipotecario bajo este Pagaré le
by first class mail to Lender at the address stated in Paragraph 4(B) or at
será hecha por correo de primera clase a la dirección expresada en el Párrafo 4(B) o a una
a different address if Borrower is given a notice of that different
dirección diferente si al Deudor Hipotecario le ha sido notificada una dirección diferente.
address.

9. If more than one person signs this Note, each person is fully and
9. Si más de una persona firma este Pagaré, cada una queda total y personalmente obligada
personally obligated to keep all of the promises made in this Note, includa cumplir todos los compromisos contraídos en este Pagaré, incluyendo el de pagar la cantidad
ing the promise to pay the full amount owed. Any person who is a guarantotal adeudada. Cualquier persona que sea garantizadora, fiadora o endosante de este Pagaré
tor, surety or endorser of this Note is also obligated to do these things.
está también obligada a cumplir lo estipulado. Cualquier persona que asuma estas obligacio-
Any person who takes over these obligations, including the obligations of a
nes, incluyendo las obligaciones de un garantizador, fiador o endosante de este Pagaré, tam-
guarantor, surety or endorser of this Note, is also obligated to keep all
bién esta obligada a cumplir todos los compromisos contraídos en el mismo. El Acreedor
of the promises made in this Note. Lender may enforce its rights under
Hipotecario podrá hacer valer sus derechos bajo este Pagaré en contra de cada persona indivithis Note against each person individually or against all signatories

Page 3 of 4          PR Form Rev August 1996

to{ _____ person signing this Note may be required to pay all of
este Pagaré le podrá ser requerido el pago de todas las cantidades adeudadas bajo el mismo.
the amounts owed under this Note.----------------------------------------

BY SIGNING BELOW, Borrower accepts and agrees to the terms and cove-
AL SUSCRIBIR este Pagaré el Deudor Hipotecario acepta y está de acuerdo con los térmi-
nants contained in this Note.--------------------------------------------
nos y pactos contenidos en el mismo.-------------------------------------

This Note is secured by a mortgage executed by Deed number THIRTY-FIVE
Este Pagaré está garantizado por Hipoteca constituida por la Escritura Número -35-
of this same date before the subscribing Notary.-------------------------
otorgada en esta misma fecha ante el Notario suscribiente.---------------

In SAN JUAN——————, Puerto Rico, on - - - -FEBRUARY - - - 19 98
En SAN JUAN——————, Puerto Rico, a 26 de febrero - - - de 1998.

_____
JOSE FRANCISCO SANTA ROSADO

_____
JANIRA VELAZQUEZ LOSADA

_____
Borrower(s)
Deudor(es) Hipotecario(s)

C-6 HACIENDAS DE TENA
JUNCOS, PUERTO RICO
Property Address
Dirección de la Propiedad

Affidavit Number 2033
Afidávit Número

----Acknowledged and subscribed before me by the above signatories, of the personal----
----Reconocido y suscrito ante mí por los arriba firmantes, de las circunstancias------

circumstances contained in the Mortgage deed hereinbefore described, whom I have ------
personales que se relacionan en la antes descrita escritura de hipoteca y a quienes ---

identified as expressed also in said deed. -------------------------------------------
he identificado según se expresa en la misma escritura. ------------------------------

_____
NOTARY PUBLIC
NOTARIO PUBLICO

PAY TO THE ORDER OF

Pramco CV9, LLC

WITHOUT RECOURSE
R-G MORTGAGE CORP.

By: _____

Page 4 of 4     PR Form Rev August 1996

----------------ADDENDUM A PAGARE HIPOTECARIO----------------

----CANTIDAD ORIGINAL: $59,969.00 (R&G Mortgage Corporation) ----
----PRESTAMO NUMERO: ▮▮▮▮
----DEUDOR(ES): José Francisco Santa Rosado y Janira Velázquez Lozada ----

----Se modifica este pagaré según Escritura número ciento seis (106)---- sobre Modificación de Hipoteca, otorgada en San Juan, Puerto Rico, el día ---- veintidós (22) ---------- de abril de dos mil cinco (2005), ante el Notario Público José V. Gorbea Varona, como sigue:----

--------a-  Se modifica el principal del pagaré a la suma de CINCUENTIOCHO MIL DOLARES ($58,000.00).----

--------b-  Se modifica el monto total a pagar por concepto de principal e intereses a la suma de TRESCIENTOS OCHENTICINCO DOLARES CON OCHENTIOCHO CENTAVOS ($385.88); comenzando el día primero (1ro) de junio de dos mil cinco (2005).----

--------c-  Se modifica el vencimiento del último pago en concepto de principal e intereses a vencer el día primero (1ro) de mayo de dos mil treinticinco (2035). ----

------Quedan **enmendados y cancelados parcialmente por la suma de MIL NOVECIENTOS SESENTINUEVE DOLARES ($1,969.00)**, tanto el pagaré hipotecario como la hipoteca que lo garantiza.----

------En San Juan, Puerto Rico, a veintidós (22)---------- de abril de dos mil cinco (2005).----

[Notary seal: JOSE V. GORBEA VARONA — SELLO ABOGADO NOTARIO — PUERTO RICO]

_____
NOTARIO PUBLICO

PAY TO THE ORDER OF

Pramco CV9, LLC

WITHOUT RECOURSE
R-G MORTGAGE CORP.

By: _____



**MILAGROS CUEVAS TORRES INC.**
INVESTIGADORES DE TITULO

Tel. (787)-946-0628
FAX: 787-946-0628
Email: mctinc@onelinkpr.net

# ESTUDIO DE TITULO

| | | |
|---|---|---|
| A | : | PAVIA, BERMUDEZ, DIAZ & SANCHEZ |
| CASO | : | JOSE FRANCISCO SANTA ROSADO  1926-0700174659 |
| FINCA | : | NUMERO 13,828, INSCRITA AL FOLIO 85 DEL TOMO 369 DE JUNCOS. REGISTRO DE LA PROPIEDAD DE CAGUAS, SECCION SEGUNDA. |

**DESCRIPCION:**

URBANA: Solar número 6 del Bloque "C", sito en la de la Urbanización Haciendas de Tena, radicado en el Barrio Ceiba Norte, en el término municipal de Juncos, con una cabida superficial de 275. 0000 metros cuadrados. En lindes por el **NORTE**, con el solar número 5 del Bloque "C" de la misma Urbanización; por el **SUR**, con el solar número 7 del Bloque "C" de la misma Urbanización; por el **ESTE**, con la Calle Cacimar de la misma Urbanización y por el **OESTE**, con el solar número 17 del Bloque "C" también de la misma Urbanización.

Contiene una estructura residencial tipo Yucayeque de un piso con sala, comedor, cocina, tres habitaciones con "closets", baño, marquesina techada y área de "laundry" exterior.

Afecta por su colindancia Este, con servidumbre a favor de la Puerto Rico Telephone Company de 1.52 metros de ancho por 11.00 metros de largo.

**TRACTO REGISTRAL:**
Se segrega de la finca número 12,691, inscrita al folio 1 del tomo 338 de Juncos.

**DOMINIO:**
Consta inscrito a favor de **JOSE FRANCISCO SANTA ROSADO y su esposa YANIRA VELAZQUEZ LOZADA,** el que adquieren por compra a Marfran Dev. Corp., por el precio de $59,995.00, según consta de la escritura número 34, otorgada en San Juan, el día 26 de febrero de 1998, ante el notario José R. Vicens Piñero, e inscrita al folio 85 del tomo 369 de Juncos, finca número 13,828, inscripción 1ra.

**GRAVAMENES:**

*POR SU PROCEDENCIA:*
Afecta a servidumbres a favor de la Puerto Rico Telephone Company Autoridad de Energía Eléctrica y Autoridad de Acueductos y Alcantarillados.

*POR SÍ:*

Condiciones Restrictivas de Subsidio a favor del Banco y Agencia de Financiamiento de la Vivienda de Puerto Rico bajo el Programa Vivienda de Interés Social, por un término 6 años, según consta de la escritura número 34, otorgada en San Juan, el día 26 de febrero de 1998, ante el notario José R. Vicens Piñero, e inscrita al folio 85 del tomo 369 de Juncos, finca número 13,828, inscripción 1ra.

**HIPOTECA:** En garantía de un pagaré a favor de **R-G MORTGAGE CORP.,** o a su orden, por la suma de $59,969.00 de principal, intereses al 7% anual y vencedero el día 1 de marzo de 2028, según consta de la escritura número 35, otorgada en San Juan, el día 26 de febrero de 1998, ante el notario José R. Vicens Piñero, e inscrita al folio 85 del tomo 369 de Juncos, finca número 13,828, inscripción 2da.

Modificada dicha hipoteca en cuanto al principal que ahora será de $58,000.00 y su vencimiento será el 1 de mayo de 2035, según consta de la escritura número 102, otorgada en San Juan el día 22 de abril de 2005, ante el notario José V. Gorbea Varona, e inscrita al folio 85 del tomo 369 de Juncos, finca número 13,828, inscripción 3ra.

Modificada nuevamente en cuanto al principal que se amplia a la suma de $3,473.88, para un nuevo principal de $61,473.88, con intereses al 5% anual y su vencimiento será el 1 de junio de 2040, según consta dela escritura número 241, otorgada en San Juan, el día 26 de mayo de 2010, ante el notario Juan A. Martínez Romero, e inscrita al folio 85 del tomo 369 de Juncos, finca número 13,828, inscripción 4ta y última.

Este documento no constituye una póliza de seguro de título. La responsabilidad de ésta entidad se limita a la cantidad pagada por el estudio de título. Para completa protección debe obtener una póliza de seguro de título. No nos hacemos responsables por omisiones que cometa el Registro de la Propiedad en la entrada de datos ni en la omisión de información del sistema computadorizado.

PAG;2
FINCA:13828

**DOCUMENTO PRESENTADO:**

Al asiento 1,208 del diario 673, el día 29 de octubre de 2013, se presenta la escritura número 425, otorgada en San Juan, el día 30 de septiembre de 2013, ante el notario Juan A. Martínez Romero, mediante la cual se modifica nuevamente la hipoteca de la inscripción 2da., en cuanto al principal que se cancela parcialmente por la suma de $163.07, para un nuevo principal de $61,306.81, con intereses al 3.750% anual y su vencimiento será el 1 de septiembre de 2043.

*NOTA: El sistema de bitácora conocido como Integral que cubre hasta el año 2004 colapso, por lo que no se puede ver en computadora. Se está revisando el anterior sistema de tarjetero, pero el mismo no está actualizado por lo que no nos hacemos responsables de documentos presentados y pendientes de despacho durante ese período de tiempo.*

**NOTA:** No nos hacemos responsable del atraso en la entrada de documentos en ágora y en la anotación en los Libros de Embargos Estatales, Federales y Sentencia.

**REVISADOS:**

Libros de embargos estatales, federales, sentencia y bitácora electrónica a 10 de octubre de 2014.

*[firma]*

**MILAGROS CUEVAS TORRES INC.**
**INVESTIGADORES DE TITULO**
**N/rn**

**COSTO DE ESTUDIO $40.00**

Case:15-01092-ESL13 Doc#:72 Filed:11/11/16 Entered:11/11/16 14:46:47 Desc: Main
Department of Defense Manpower Data Center        Document        Page 11 of 12        Results as of : Nov-11-2016 10:42:09 AM

SCRA 3.0



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Last Name: <u>SANTA ROSADO</u>
First Name: <u>JOSE</u>
Middle Name: <u>FRANCISCO</u>
Active Duty Status As Of: <u>Nov-11-2016</u>

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

Department of Defense Manpower Data Center

Results as of : Nov-11-2016 10:42:49 AM

SCRA 3.0



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Last Name: <u>VELAZQUEZ LOZADA</u>
First Name: <u>JANIRA</u>
Middle Name:
Active Duty Status As Of: <u>Nov-11-2016</u>

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350