**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**JOSE FRANCISCO SANTA ROSADO**
**aka JOSE F SANTA ROSADO, aka JOSE SANTA ROSADO**
**JANIRA VELAZQUEZ LOZADA**
**aka JANIRA VELAZQUEZ**

xxx–xx–7243
xxx–xx–2488

Debtor(s)

Case No. **15–01092 ESL**

Chapter **13**

FILED & ENTERED ON 12/2/16

***ORDER***

The motion filed by the debtors requesting authorization to participate in a loan modification process through loss mitigation program (docket #77) is hereby granted .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Friday, December 2, 2016 .

Enrique S. Lamoutte
United States Bankruptcy Judge